McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ZUNIGA ARTEAGA,<br>ARMANDO MARTINEZ,<br>JOSE EDEN LANDEROS,<br>RENE ZEPEDA FELIX,<br>ISRAEL MUNGUIA-MUNOZ,<br>TERRY WHITED,<br>MIGUEL ANGEL SANCHEZ-MEZA<br>JUAN VIZUETT-RESENDIZ, and<br>VINCENTE SALVADOR ARENAS-GARCIA,<br><br>Defendants. | CASE NO. 5:20-MJ-00041-JLT<br><br>[~~PROPOSED~~] ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |

The Court has received and considered the government's Ex Parte Application Regarding Disclosure of Sensitive Materials. The Court has also received a REDACTED AFFIDAVIT and an UNREDACTED AFFIDAVIT in support of a complaint and search warrants regarding the above-captioned matter. The government has represented that, upon the defendants' arrest, it will move to unseal the REDACTED AFFIDAVIT, but seeks an order authorizing production of the sealed UNREDACTED AFFIDAVIT to defense counsel pursuant to a protective order to comply with its discovery obligations.

Good cause showing, IT IS HEREBY ORDERED THAT:

1

Defense counsel shall not distribute the UNREDACTED AFFIDAVIT to anyone other than his/her own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

Defense counsel shall not allow anyone other than himself/herself and his/her legal staff to possess, or maintain possession of, the UNREDACTED AFFIDAVIT;

Defense counsel may permit defendant to review the UNREDACTED AFFIDAVIT, but only in his/her presence or in the presence of his/her own legal staff;

Defense counsel may not disclose publicly the contents of the portion of the UNREDACTED AFFIDAVIT that was previously redacted in the REDACTED AFFIDAVIT, including in any court filing, without first conferring with government counsel and, in any event, shall file any previously redacted part of the UNREDACTED AFFIDAVIT under seal.

At the conclusion of this matter, defense counsel will collect and destroy any and all copies of the UNREDACTED AFFIDAVIT that defense counsel possesses and/or has made and distributed to his/her agents, except a copy set as necessary to maintain in defense counsel's case file.

The government's Ex Parte Application Regarding Disclosure of Sensitive Materials is SEALED.  This Protective Order shall not be sealed.

IT IS SO ORDERED.

Dated:  November 3, 2020

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT COURT JUDGE