UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:20-cr-00212 DAD BAM |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| MIGUEL ANGEL SANCHEZ-MEZA, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.      Richard A. Beshwate, Jr. is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 12, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **November 16, 2020**            _____**/s/ Jennifer L. Thurston**_
UNITED STATES MAGISTRATE JUDGE