PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ZUNIGA ARTEAGA,<br>ARMANDO MARTINEZ,<br>MIGUEL ANGEL SANCHEZ-MEZA,<br>JUAN VIZUETT-RESENDIZ, and<br>VINCENTE SALVADOR ARENAS-GARCIA,<br><br>Defendants. | CASE NO. 1:20-CR-00212 ADA-BAM<br><br>STIPULATION TO VACATE TRIAL DATE, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER<br><br>CURRENT DATE: December 14, 2022<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendant now move to vacate the trial confirmation and jury trial set for October 17, 2023, and set a further status conference date on October 25, 2023, and to exclude time between December 14, 2022, and October 25, 2023, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The parties represent that the attorney for the government recently was reassigned this matter.

   b) No plea agreement has been extended despite the age of this matter.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  c)  The government plans to provide counsel and defendant with a plea agreement before the requested status conference date.

  d)  Counsel for defendant desires additional time to further review discovery, discuss potential resolution with his/her client and the government, and investigate and prepare for trial.

  e)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  f)  The parties are prepared to set a trial date upon assessment of the above considerations by counsel, and if no resolution in the matter results.

  g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2022 to October 25, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  i)  The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 24, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: August 24, 2023 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>MIGUEL ZUNIGA ARTEAGA |
| Dated: August 24, 2023 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>ARMANDO MARTINEZ |
| Dated: August 24, 2023 | /s/ RICHARD A. BESHWATE<br>RICHARD A. BESHWATE<br>Counsel for Defendant<br>MIGUEL ANGEL SANCHEZ-MEZA |
| Dated: August 24, 2023 | /s/ MONICA BERMUDEZ<br>MONICA BERMUDEZ<br>Counsel for Defendant<br>JUAN VIZUETT-RESENDIZ |
| Dated: August 24, 2023 | /s/ HARRY DRANDELL<br>HARRY DRANDELL<br>Counsel for Defendant<br>VINCENTE SALVADOR ARENAS-GARCIA |

IT IS SO ORDERED.

Dated:   September 6, 2023

_____
UNITED STATES DISTRICT JUDGE