PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ZUNIGA ARTEAGA,<br>ARMANDO MARTINEZ,<br>TERRY WHITED,<br>MIGUEL ANGEL SANCHEZ-MEZA,<br>JUAN VIZUETT-RESENDIZ, and<br>VINCENTE SALVADOR ARENAS-GARCIA,<br><br>Defendants. | CASE NO. 1:20-CR-00212-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: October 25, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for status on October 25, 2023.

2. By this stipulation, defendants now move to continue the status conference until January 10, 2024, and to exclude time between October 25, 2023, and January 10, 2024, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 15,000 pages of Bates stamped discovery and several months of wiretap recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    Plea agreements have been provided by the government and the parties are in discussions regarding potential resolutions in this matter.

c)    Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

d)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2023 to January 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 3, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: October 20, 2023 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>MIGUEL ZUNIGA ARTEAGA |
| Dated: October 20, 2023 | /s/ NICHOLAS REYES<br>NICHOLAS REYES<br>Counsel for Defendant<br>ARMANDO MARTINEZ |
| Dated: October 20, 2023 | /s/ RICHARD A. BESHWATE<br>RICHARD A. BESHWATE<br>Counsel for Defendant<br>MIGUEL ANGEL SANCHEZ-MEZA |
| Dated: October 20, 2023 | /s/ MONICA BERMUDEZ<br>MONICA BERMUDEZ<br>Counsel for Defendant<br>JUAN VIZUETT-RESENDIZ |
| Dated: October 20, 2023 | /s/ HARRY DRANDELL<br>HARRY DRANDELL<br>Counsel for Defendant<br>VINCENTE SALVADOR ARENAS-GARCIA |

**ORDER**

The Stipulation for a continuance is DENIED.  By stipulation filed on September 5, 2023, the parties vacated the recent trial date.  (Doc. 105.)  Accordingly, the October 25, 2023 at 1:00 p.m. status conference will remain on calendar for the parties to discuss with the Court the status of the case and a realistic date for trial. The parties and defendants shall appear in person for the status conference.

IT IS SO ORDERED.

Dated: __October 23, 2023__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE