PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL SANCHEZ-MEZA,<br>JUAN VIZUETT-RESENDIZ, and<br>VINCENTE SALVADOR ARENAS-GARCIA,<br><br>Defendants. | CASE NO. 1:20-CR-00212-NODJ-BAM<br><br>STIPULATION FOR CHANGE OF PLEA, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: January 10, 2024<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, the government and defendants captioned above now move to vacate the status conference set for January 10, 2024, and set a change of plea date on February 20, 2024, and to exclude time between January 10, 2024, and February 20, 2024, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have entered into plea agreements, or plan on entering into a plea agreement soon.

    b) Thus, the parties believe a date for change of plea is appropriate.

    c) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2024 to February 20, 2024 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

   e) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: January 3, 2024

/s/ RICHARD A. BESHWATE
RICHARD A. BESHWATE
Counsel for Defendant
MIGUEL ANGEL SANCHEZ-MEZA

Dated: January 3, 2024

/s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Counsel for Defendant
JUAN VIZUETT-RESENDIZ

Dated: January 3, 2024

/s/ HARRY DRANDELL
HARRY DRANDELL
Counsel for Defendant
VINCENTE SALVADOR
ARENAS-GARCIA

## ORDER

IT IS SO ORDERED that the status conference set for January 10, 2024, is vacated. A change of plea hearing is set for **February 20, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **January 5, 2024**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE